# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SUSANVILLE/REDDING BRANCH

**FILED**
JUL - 6 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA, ) CITATION NO. 05-S0009
                          )              01-S0060
              Plaintiff,  )
                          ) **ORDER TO APPEAR**
vs.                       )
                          ) 2:05-mj-193 KJM
KING DAVID DUE            ) 2:05-MG-194 KJM ✓
                          )
              Defendant.  )

YOU ARE HEREBY ORDERED to appear before a United States Magistrate Judge in Sacramento, California, at 501 I Street, in the Magistrate Courtroom on July 27, 2005 at 2:00 p.m. for further proceedings in the above entitled case.

YOU ARE FURTHER NOTIFIED that if you fail to appear on the above date, that a warrant may be issued for your arrest.

Dated: 6-28-05

_____
Christy L. Pine
Deputy Clerk for
U.S. Magistrate Judge Craig M. Kellison

cc:   Clerk, U.S. District Court (w/Violation Notice and Statement of Probable Cause)
      Pat Mikel, U.S. Attorney's Office (w/Violation Notice and Statement of Probable Cause)
      Lupe Hernandez, Federal Public Defender's Office (w/Violation Notice and Statement of Probation Cause)
      Duty Magistrate Clerk (w/Violation Notice and Statement of Probable Cause)

# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **CALIFORNIA**

---

UNITED STATES OF AMERICA

v.

King David Due

General Delivery
Redding, CA. 96003

DOB: 5/9/61

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

FILED
U.S. District Court
Eastern District of California
Susanville/Redding
9-18-01
By: *Christy A. DeBoer*

CASE NUMBER: 01-50060

05 MJ0194

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 8/25/01 in Shasta County, in the Eastern District of California defendant(s) did, (Track Statutory Language of Offense)

1. **Possess a controlled substance not pursuant to a valid prescription.**
2. **Operate a vehicle in excess of the posted speed limit.**
3. **Operate a vehicle on a roadway while driver's license suspended.**
4. **Vehicle on a roadway while not properly registered.**
5. **Operate a vehicle on a roadway without proof of financial responsibility.**

In violation of Title 21, United States Code, Section(s) 844(a),& 36 Code of Federal Regulations, Section(s) 4.21(c), 4.2/CVC 14601.1(a), 4.2/CVC 400(a) & 4.2/CVC 16028(a). I further state that I am a(n) U.S. National Park Ranger and that this complaint is based on the following facts:

**See attached incident report(s) submitted by ranger(s) Mike Martin.**

_X_ Continued on the attached sheet and made a part hereof.

Signature of Complainant Gary Panich

National Park Service

Sworn to before me, and subscribed in my presence

9-18-01                                                            at   Redding, CA

Date                                                                    City and State

Craig M. Kellison
U.S. Magistrate Judge

Name and Title of Judicial Officer                        Signature of Judicial Officer

FORM 10-343B (3/83)

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE
**CRIMINAL INCIDENT RECORD**

U.S. PARK POLICE ☐
PARK RANGER ☒
1 JUVENILE CASE ☐

| 2 ORGANIZATION CODE | 3 SYSTEM AREA | | | 4 LOCATION CODE | 5 YEAR | CASE/INCIDENT NUMBER |
|---|---|---|---|---|---|---|
| | Whiskeytown | | | | 01 | 3766 |

| 6 LOCATION OF INCIDENT | 7 BEAT | 8 WHEN DID IT OCCUR? | MO. | DAY | YR. | 9 24 HRS. HOUR TIME | MIN. | 10 DAY OF WEEK |
|---|---|---|---|---|---|---|---|---|
| Visitor Center Parking Lot | | | 08 | 25 | 01 | 16 | 45 | 7 |

| 11 OFFENSE/INCIDENT CODE | 12 NATURE OF INCIDENT | 13 WHEN RECEIVED: |
|---|---|---|
| | Arrest—Speeding/possession of drugs/suspended | DATE 08/25/01  TIME 1630 |

**SUSPECT**

| 24 LAST | FIRST | MIDDLE | A S O | X | 25 DATE OF BIRTH | 26 PHONE BUSINESS |
|---|---|---|---|---|---|---|
| Due | King | David | | | 05/09/61 | |

| 27 ADDRESS NUMBER | STREET | CITY | STATE | ZIP | 28 PHONE RESIDENCE |
|---|---|---|---|---|---|
| General Delivery | | Redding | CA | 96003 | None |

| 29 RACE | 30 SEX | 31 AGE | 32 HGT | 33 WGT | 34 EYES | 35 HAIR | 36 HAIR LENGTH | 37 HAIR STYLE | 38 FACIAL HAIR | 39 MARKS/SCARS | 40 ARMED WITH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| W | M | 40 | 5 08 | 190 | Hzl | blk | | | | Rgt arm | |

| 46 SOCIAL SECURITY NUMBER |
|---|
| 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 |

| 72 VEHICLE | 73 YEAR | 74 MAKE | 75 MODEL | 76 BODY STYLE | 77 COLOR | 78 TAG NUMBER | 79 STATE | 80 IDENTIFYING FEATURES/VIN |
|---|---|---|---|---|---|---|---|---|
| ☒ INVOLVED IN CRIME ☒ KNOWN TO OPERATE | 1978 | Chev | | truck | Brn | TXD 479 | Oregon | |

| 83 ARREST(S) DATE | 84 TIME | 85 CHARGE(S) | 86 COURT DATE | 87 VALUE STOLEN | 88 VALUE RECOVERED |
|---|---|---|---|---|---|
| 08/25/01 | 1645 | 4.21C/14601.1a/others | 09/18/2001 | | |

**NARRATIVE:**

Summary: On Saturday August 25th 2001, at approx. 1630 hours, dispatch received a 911 telephone call from a park visitor at Brandy Creek Beach who reported seeing an individual get into a dark brown older model Chevy truck, Oregon plate TXD479. Park visitor indicated that this driver had possible been drinking and might have rolled a marijuana cigarette prior to driving out of the area. I saw this truck come across the dam while I was running radar in the area. The radar unit indicated this vehicle was doing 77MPH in a posted 35MPH zone. Vehicle stopped at the Visitor Center and driver was identified as King David DUE. DUE's license was suspended, and a green leafy substance was found in Due's cassette holder.. Due was arrested with additional charges pending.

| 95 STATUS: ☒ OPEN ☒ SUSPENDED | CLOSED BY: ☒ ARREST ☒ EXCEPTION ☒ UNFOUNDED | 96 DISPOSITION: |
|---|---|---|

| 97 REPORTING OFFICER | BADGE/ID | DATE | 98 ASSISTING OFFICER | BADGE/ID | 99 SUPERVISOR | BADGE/ID | DATE |
|---|---|---|---|---|---|---|---|
| M.J. Martin | | 08/26/01 | A. Scott | Whis 002 | | | |

| | |
|---|---|
| Whiskeytown N.R.A. | Case # WHIS 01-3766 |
| Location  Visitor Center | Date 08/25/2001 |

On Saturday August 25th 2001 at approximately 1615 hours, dispatch received a 911-telephone transfer call from CHP. The telephone call was transferred to dispatch and dispatch spoke with an individual identified only as Tony. Tony reported that he had seen a male individual at Brandy Creek Beach parking lot, get into an older model brown Chevy pickup truck and drive away from the Beach Parking lot. Tony indicated that he believed that this driver might be intoxicated. Tony was able to provide our dispatch office with the license plate number of the truck as Oregon plate TXD 479. Tony told dispatch that he thought he had seen the driver roll an unknown type of cigarette prior to leaving and Tony thought it could be a marijuana cigarette.

At the time of this phone call, I was parked in a marked patrol unit at The Kennedy Memorial and Dam area running radar on Kennedy Memorial Drive for traffic crossing over the Dam. This area is clearly posted as 35-MPH at each end of the dam as well as 5 signs outbound indicating this speed from Brandy Creek Beach to the Memorial where I was currently parked. There is also a sign posted for inbound traffic that reads "Speed is Radar Controlled". From where I was parked, I can see vehicles approaching my location going outbound from a distance of approximately one-mile. As vehicles approach the last one-half mile before my location, drivers pass a sign warning them to start to slow down due to a sharp turn up ahead.

From my location, I could see what appeared to be an older model dark pickup truck approaching my location at a high rate of speed. With the radar unit in hand and already tuned and set as required, I watched as this truck came onto the Dam straightaway. The radar unit indicated a speed of 77MPH. I locked this speed in on the radar unit as required and waited for the truck to approach my location before initiating a traffic stop. At the time of the speed lock, there were no other vehicles on the Dam inbound or outbound that could have interfered with achieving an accurate radar indication of speed for this truck. As the truck passed my location, it slowed down to initiate a sharp curve. At this time, I pulled in behind this truck and notified dispatch that I was currently behind Oregon plate TXD479, still heading outbound on Kennedy Memorial Drive with a locked in radar speed of 77 MPH.

With my lights and siren on, I began to follow this truck outbound. The driver failed to yield at two possible turnouts and continued on Kennedy Memorial Drive with speeds upwards of 60 MPH in a now posted 45-MPH zone. I followed this truck to the Visitor Center, where the driver entered into the exit turn, but then parked correctly between the two white painted white lines on the ground as required. From the time I began to follow this truck at the Memorial to the Visitor Center, a distance of about 2 miles, except for the excessive speed, the driver showed no other signs of erratic driving behavior.

I approached the driver and asked for his driver's license, insurance and registration. The driver, now identified as King David DUE, DOB: 05/09/61, produced only a CA identification card and told me that he also had with him a DMV slip which indicated his ability to drive to and from work only. DUE found this paperwork in the back of his locked tool box, but this paperwork only stated to and from DUE's treatment center which he is currently attending. While waiting for a DMV return, DUE rolled a tobacco cigarette which is what he was smoking when I made the traffic stop. A DMV record check showed that DUE's license was currently suspended with a service order "J." At this time, DUE was placed under arrest, handcuffed, searched and seated in the back of my patrol unit.

| | | |
|---|---|---|
| _signature_ Michael J. Martin | Date 08-26-01 | Page 1 of |
| _signature_ Reviewed/Approved | Date 8/27/01 | |

**SUPPLEMENTAL INCIDENT RECORD**

| | |
|---|---|
| **Whiskeytown N.R.A.** | **Case # WHIS 01-3766** |
| **Location Visitor Center** | **Date 08/25/01** |

Although DUE had voluntarily admitted to drinking a couple of beers while at Brandy Creek Beach, DUE did not appear to be under the influence.

During this time period, Ranger Scott arrived at my location. I asked DUE if he wanted anything out of his vehicle before leaving. DUE replied, "Yea, go into my cassette case and get my ATM bank card. I asked Ranger Scott, who was standing next to the passenger door of DUE's truck, to get this card. I could clearly see from my location, Ranger Scott reach into the truck and pick up a black nylon carrying case filled with cassettes. As Ranger Scott opened up the carrying case, I saw Ranger Scott pick up a small plastic bag from inside the carrying case. I walked over to Ranger Scott and saw that this small plastic bag contained a green leafy substance. I took immediate possession of this bag, walked back over to my vehicle and showed DUE what we had located. DUE's responded, "That's not mine." Per DUE's request, the truck was secured at scene as best as possible and the keys were taken to park headquarters.

During this entire contact, DUE kept telling me that he had just had this truck tuned up and was testing out the performance. DUE was never able to produce any paperwork for the truck including the registration or proof of insurance. DMV records showed that DUE should not be driving unless licensed and insured as part of his current probation. While at the jail, I cited DUE for 36 CFR 4.21C, speeding and told DUE that there would be other charges filed. I also gave DUE a lawful order to come to our office to pick up his keys with two licensed drivers in order to retrieve his truck. DUE insisted that he had paperwork to prove he could drive his vehicle to and from work. I instructed DUE to produce this paperwork and if his current boss came out with him, I would release the vehicle to DUE if he were immediately heading to his job. Due stated he would comply.

On 08/25/01 at approx. 2100 hours, I contacted park dispatch to have dispatch contact the registered owner in Gold Hills Oregon to make sure that DUE had the lawful possession of this truck. Dispatch spoke with a Steven Andrews who reported that he had sold the truck long ago to another subject not DUE. Andrews stated the he has been trying to get his name off of the paperwork and would be going to DMV on Monday to clear this paperwork. Andrews indicated that he believed that the second party had sold the truck to a third party, possibly DUE, but Andrew was unsure.

On 08/26/01 at approximately 0700 hours, I received a telephone call at my residence from Visitor Use Assistant T. FORD who told me that DUE was currently at his vehicle at the Visitor Center and was attempting to start his truck by using a screwdriver. When I arrived at 0930 hours, DUE's truck was gone but his keys were still located at Dispatch.

On 08/26/01 at approximately 1600 hours, park dispatcher L. Hansen advised me that at approx. 0100 hours on Sunday August 26th 2001, DUE arrived at park headquarters requesting his keys. Due to the hour and safety concerns, Dispatcher Hansen did not give DUE his keys but told due to come back later in the morning and he could retrieve them.

| | | |
|---|---|---|
| Michael J. Martin | Date  08-26-01 | Page 1 of |
| Reviewed/Approved | Date  8/31/01 | |

**SUPPLEMENTAL INCIDENT RECORD**

| | |
|---|---|
| **Whiskeytown N.R.A.** | **Case # WHIS 01-3766** |
| **Location Visitor Center** | **Date 08/25/01** |

On 08/26/01 at approximately 1445 hours, I performed a Narcotest on a small portion of the green leafy substance found in the plastic bag in DUE's cassette holder. Initial results turned the substance a violet/blue color indicating the presence of THC. The remainder was placed into evidence. (See attached evidence report form)

See attached prosecution summary sheet for additional charges to be filed.

Michael J. Martin   Date 08-26-01

Reviewed/Approved   Date 8/31/01

Page 2 of

# CASE INFORMATION FORM

Panel File #: _____

Appointment Date: __9-18-01__  Voucher # _____

Client's Name: __King David Due__

Alias: _____

Case Name: __US v. Due__

Case Number: __01-50060__

Offense(s) Charged: __21 USC 844(a), 36 CFR 4.21(c), 4.21 CVC 14601.1(a)__
__CVC 4000(a), CVC 16028(a)__

Representation Code: __CC__    District Code: __E/CA__

Client Number: _____

Panel Attorneys Called:

__Michael Balavage__
__Aaron Williams__

Attorney who was appointed: __Michael Balavage - Relieved 1-8-02__
__Aaron Williams - Appointed 1-8-02__

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF _____ vs. _____ FOR _____ AT _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): King DAViD DuE

1. ☐ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: _____
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
Name and address of employer: Gim Garner  Millville Calif  Phone 547-4773
IF YES, how much do you earn per month? $ 474 / week
IF NO, give month and year of last employment _____
How much did you earn per month $ 2000.00

If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ _____  SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No   IF YES, state total amount $ 5.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE VALUE AND DESCRIBE IT
VALUE $ 2000   DESCRIPTION 1980 Kamfirk 5th wheel 31 Ft

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: Care school | $ 200.00 | $ 115. |
| fine shast county courts | $ 1625.00 | $ 75.00 |
| | $ 1250 | $ 250 a wee |

10-16-01  Michael Balavage
SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)
I certify the above to be correct.
King David Due

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

```
BALAVAGE LAW OFFICE
1416 West Street
Redding, California  96001
Telephone: (530) 241-8412
Fax:       (530) 241-9286

Michael S. Balavage [CSB#83198]

Attorney for King David Due
```

FILED
U.S. District Court
Eastern District of California
Susanville/Redding
12-5-2001
By: _____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# REDDING BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KING DAVID DUE,<br><br>Defendants.<br>_____ / | CASE NO. 01-50060<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEY OF RECORD; DECLARATION OF MICHAEL S. BALAVAGE IN SUPPORT THEREOF**<br><br>Date: 12/13/01<br>Time: 9:00 a.m. |

TO:   JUDGE OF THE U.S. DISTRICT COURT:

NOTICE IS HEREBY GIVEN that on December 13, 2001, at 9:00 a.m., or as soon thereafter as the matter may be heard, in the above-entitled court, located at 2866 Bechelli Lane, Redding, California, Michael S. Balavage will move the court for an order permitting him to withdraw as counsel of record for King David Due, defendant in the above-entitled action.

The motion will be made on the ground that Mr. Due's conduct has rendered it unreasonably difficult for Mr. Balavage to carry out his defense effectively.

The motion will be based on this notice of motion, on the declaration of Michael S. Balavage on the memorandum of points and authorities served and filed herewith, and on such oral and documentary evidence as may be presented at the hearing of the motion.

1

1  At court after the arraignment in this matter on October 16, 2001, a meeting was
2  scheduled between Michael S. Balavage and Mr. Due for October 23, 2001 to discuss the
3  defense of the federal charges. Mr. Due did not show up for this meeting. To date, there has
4  been no explanation.

5  Mr. Due does not have a mailing or post office address; rather, his mail is to be sent to
6  "General Delivery' at the post office. All correspondence to Mr. Due has been returned
7  "unclaimed." The last letter to Mr. Due was returned November 13, 2001.

8  Also, Mr. Due has no telephone, but he has left myriad telephone messages on the
9  Balavage Law Office recorder. These messages have been bizarre. Starting October 21, 2001,
10 there have been approximately ten messages left by Mr. Due at the Balavage Law Office. These
11 messages, although difficult to comprehend, have included vague threats against Michael
12 Balavage as well as to the Honorable Monica Balavage, Superior Court judge.

13 Because of the foregoing, it has become unreasonably difficult, if not impossible, for Mr.
14 Balavage to carry out the defense of Mr. Due in this case.

15 Accordingly, Michael S. Balavage moves the court for an order permitting him to withdraw
16 as counsel of record for King David Due pursuant to Federal Criminal Code §3006A and/or other
17 applicable provisions.

18 I declare under penalty of perjury under the laws of the State of California that the
19 foregoing is true and correct.

20 Executed this 3RD, day of December, 2001, at Redding, California.

                                            _____
                                            Michael S. Balavage

2

## PROOF OF SERVICE

RE:         United States of America v. King David Due
CASE NO:   01-50060

---

I am employed in the County of Shasta, State of California, I am over the age of eighteen years and not a party to the foregoing action, my business address is 1416 West Street, Redding, CA 96001.

I am familiar with this company's practice of placing its daily mail, with postage prepaid thereon, in a designated area for deposit in a U.S. mailbox in the City of Redding, California, after the close of the day's business. On the date shown below, I served,

**NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEY OF RECORD; DECLARATION OF MICHAEL S. BALAVAGE IN SUPPORT THEREOF**


\_\_\_\_  By personal Service: By personally delivering copies to the person(s) and address(es) listed below:

\_XX\_ By mail: By mailing (by first-class mail, postage prepaid) copies from Redding, California, to the person(s) at the address(es) listed below:

\_\_\_\_  By FAX: By sending on this date the aforementioned documents via fax to the fax number(s) following the address(es) below:

King David Due
c/o General Delivery
Redding, CA 96003


I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of December, 2001, at Redding, California.

JUDITH WIDLOW

# UNITED STATES DISTRICT COURT

EASTERN District of CALIFORNIA

UNITED STATES OF AMERICA

V.

KING DAVID DUE

**WARRANT FOR ARREST**

Case CA75/01-50060

Due, King David

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to KING DAVID DUE
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment ☐ Information X Complain ☐ Order of court   Violation   Probation Violation Petition

charging him or her   (brief description of offense)

Possess Controlled Substance; Speeding; Suspended License; No Registration; No Insurance

in violation of _____21_____ United States Code, Section(s) _844(a); and Vehicle Code Violations_

Craig M. Kellison
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

04/09/02 Redding, California
Date and Location

Bail fixed at $ 5000.00    by    Craig M. Kellison, U.S Magistrate Judge
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# FINANCIAL AFFIDAVIT

CJA 23

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES IN THE CASE OF | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | | LOCATION NUMBER |
|---|---|---|---|
| | _____ vs. _____ | FOR AT | |

**PERSON REPRESENTED** (Show your full name)
King David Due

1. ☒ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)_____

**DOCKET NUMBERS**
Magistrate
District Court
Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

---

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $_____
IF NO, give month and year of last employment
How much did you earn per month $_____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month $_____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ _____
SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No   IF YES, state total amount $_____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE VALUE AND DESCRIBE IT
VALUE $ _____
DESCRIPTION _____

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents _____
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt |
|---|---|---|
| APARTMENT OR HOME: | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)   ▶ *King David Due*   6-22-05

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE

# CASE INFORMATION FORM

Panel File #: _____

Appointment Date: __6-22-05__ Voucher # _____

Client's Name: __DUE, King David__

Alias: _____

Case Name: __US v. Due__

Case Number: __CA75/01-50060; and CA56/05-50009__

Offense(s) Charged: __21 USC 844(a), 36CFR 4.21(c), 4.2 CVC 14601.1(a); CVC 4000(a), CVC 16028(a); and 43 CFR 8365.1-4(a)(4); 8365.1-4(a)(2)__

Representation Code: __CC__ District Code: __E/CA__

Client Number: _____

Panel Attorneys Called:

__Aaron Williams__

Attorney who was appointed: __Aaron Williams__